MARC V. KALAGIAN
Attorney at Law:  4460
        211 East Ocean Boulevard, Suite 420
        Long Beach, California 90802
        Phone:  562-437-7006
        Fax:  562-432-2935
        Marc.kalagian@rksslaw.com

DANIEL G. BOGDEN, NVBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VABN 76459
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, CA 94105
        Phone:  415-977-8954
        Fax:  415-744-0134
        april.alongi@ssa.gov

Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY A. GILL,<br><br>        Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No:  2:15-cv-00553-JCM-CWH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM**<br><br>**(First Request)** |

The parties request to extend the time by thirty-one days from September 11, 2015 to October 13, 2015 for Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), to file her Cross-Motion To Affirm.  This is the Commissioner's first request for an extension.[1]

---

[1] The Court granted the Commissioner an extension prior to filing her Answer because the agency component responsible for producing the Certified Administrative Record had not yet provided it.  This occurred prior to briefing.

-1-

1    There is good cause because the Commissioner's counsel is experiencing a very heavy

2    workload and was attending full-day in-office training for two days and then was on approved

3    leave.  Further, counsel had a number of deadlines this week, including another District Court

4    brief, and two more briefs due next week.  The Commissioner needs additional time to respond

5    to the issues raised in Plaintiff's Motion For Reversal.  Plaintiff has no objection.

6

7                                          Respectfully submitted,

8    Date:   September 11, 2015

9                                 By:    /s/* Marc V. Kalagian
                                        MARC V. KALAGIAN
10                                       *by email authorization on 9/10/15

11                                       Attorneys for Plaintiff

12
     Date:   September 11, 2015          DANIEL G. BOGDEN
13                                       United States Attorney
                                         BLAINE T. WELSH
14                                       Chief, Civil Division

15                               By:    /s/ April A. Alongi
                                        APRIL A. ALONGI
16                                       Special Assistant United States Attorney

17                                       Attorneys for Defendant

18

19

20

21                                       IT IS SO ORDERED.

22

23

24   DATE:   September 14, 2015          _____
                                         THE HONORABLE C.W. HOFFMAN, JR.
25                                       United States Magistrate Judge

26
                                              -2-

1

**DEFENDANT'S CERTIFICATE OF SERVICE**

2

3    I certify that I caused a copy of the Joint Stipulation For Extension Of Time To File Defendant's

4    Cross-Motion To Affirm to be served, via CM/ECF notification, on:

5              MARC V. KALAGIAN
              Law Offices of Rohlfing & Kalagian, LLP

6              211 East Ocean Boulevard, Suite 420
              Long Beach, California 90802

7              Marc.kalagian@rksslaw.com

8    Date:   September 11, 2015        DANIEL G. BOGDEN
                                  United States Attorney

9                                  BLAINE T. WELSH
                                  Chief, Civil Division

10

11                         By:    */s/ April A. Alongi*
                                APRIL A. ALONGI

12                                Special Assistant United States Attorney

13                                Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26