MARC V. KALAGIAN
Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
   Long Beach, California 90802
   Phone: 562-437-7006
   Fax: 562-432-2935
   Marc.kalagian@rksslaw.com

DANIEL G. BOGDEN, NVBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Phone: 415-977-8973
   Fax: 415-744-0134
   Susan.L.Smith@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY A. GILL, | Case No: 2:15-cv-00553-JCM-CWH |
| Plaintiff | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **(Second Request)** |
| Defendant. | |

The parties request to extend the time by sixty days from October 13, 2015, *nunc pro tunc*, to December 14, 2015 for Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), to file her Cross-Motion To Affirm. This is the Commissioner's second request for an extension to file her Cross-Motion.[1]

---

[1] The Court granted the Commissioner an extension prior to filing her Answer because the agency component responsible for producing the Certified Administrative Record had not yet provided it. This occurred prior to briefing.

-1-

The extension is necessary because the previously assigned attorney for Defendant has unexpectedly been on leave due to a medical emergency. As a result of counsel's unexpected and extended absence, Defendant inadvertently failed to file her Cross-Motion by the October 13, 2015 deadline. After discovering this, Defendant has had to reassign this case to another attorney. Therefore, Defendant needs additional time for newly assigned counsel to take over the case, become familiar with the issues, and complete briefing.

Plaintiff has no objection. Defendant apologies for any inconvenience resulting from the delay.

Respectfully submitted,

Date:  November 16, 2015          By:  */s/\* Marc V. Kalagian*
                                       MARC V. KALAGIAN
                                       *by email authorization on 11/16/15

                                       Attorneys for Plaintiff

Date:  November 13, 2015               DANIEL G. BOGDEN
                                       United States Attorney
                                       BLAINE T. WELSH
                                       Chief, Civil Division

                                  By:  */s/ Susan L. Smith*
                                       SUSAN L. SMITH
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant


                                       IT IS SO ORDERED.


DATE:  November 17, 2015               _____
                                       THE HONORABLE C.W. HOFFMAN, JR.
                                       United States Magistrate Judge

1 **DEFENDANT'S CERTIFICATE OF SERVICE**

3 I certify that I caused a copy of the Joint Stipulation For Extension Of Time To File Defendant's

4 Cross-Motion To Affirm to be served, via CM/ECF notification, on:

MARC V. KALAGIAN
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802
Marc.kalagian@rksslaw.com

Date:   November 16, 2015                         DANIEL G. BOGDEN
                                                   United States Attorney
                                                   BLAINE T. WELSH
                                                   Chief, Civil Division

                                    By:    */s/ Susan L. Smith*
                                            SUSAN L. SMITH
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant