DANIEL G. BOGDEN
United States Attorney
District of Nevada

DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY A. GILL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.  2:15-cv-00553-JCM-CWH<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION<br><br>(THIRD REQUEST) |

    The parties request to extend the time by three days from December 14, 2015, to December 17, 2015, for Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), to file her Cross-Motion to Affirm.  This is the Commissioner's third request for an extension.

    There is good cause for this extension.  The Commissioner has previously requested and received two extensions of time to file her responsive brief in this matter.  Since the filing of Plaintiff's motion, scheduling and workload commitments led to the assignment and reassignment of this case to three different attorneys for the Commissioner.  The undersigned attorney for the Commissioner learned of this matter for the first time this morning, and agreed to accept reassignment of the case, resolve the scheduling issue, and prepare and submit the

1  Commissioner's Motion to Affirm as promptly as possible. The undersigned attorney for the
2  Commissioner has made this matter his top priority and will attempt to file his Motion to Affirm
3  either today, December 15, 2015, or tomorrow, December 16, 2015, but at the latest by Thursday,
4  December 17, 2015. The undersigned attorney for the Commissioner apologizes to the Court and
5  to opposing counsel for making this additional request for additional time, and for the failure to
6  file the Motion to Affirm yesterday as required by this Court's prior order. Counsel for Plaintiff
7  does not oppose this request, and joins in this stipulation to grant the Commissioner a third
8  extension of three days.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

DATE: December 15, 2015     By   *s/ Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

                            By   *s/ Marc V. Kalagian*
                                  MARC V. KALAGIAN
                                  *by email authorization December 15, 2015

                                  Attorney for Plaintiff


IT IS SO ORDERED.


DATE: December 16, 2015      _____
                             THE HONORABLE C. W. HOFFMAN, JR.
                             United States Magistrate Judge

2